weeks previous. Charles put improvements on land. He bought a dwelling-house, and moved it on the land. He also moved two outhouses on it. Priscilla Carlisle, the widow of Charles, and the children of Charles are in possession of the land. His father gave him a house, and he moved it on the land. It was moved from Shawny. It is admitted by petitioner that Charles paid the taxes for the land from the time he went in possession of it in 1796 till his death.

Henry Hudson, witness for respondent. I considered Charles to be an owner of the land. I trusted him and indorsed a note for him in the bank on the supposition that he was or would be the owner of the land.

*Mr. Cooper* for the petitioner. *Peter Robinson* for the respondent.

THE CHANCELLOR said that it appears that Pemberton Carlisle did not die in possession of this land. Priscilla, the widow, and the children of Charles Carlisle set up a title adverse to the other heirs of Pemberton Carlisle. This widow and the children of Charles were in possession before and at the death of Pemberton Carlisle, and they claim the land against Pemberton Carlisle and his heirs. Now, though the devise to Charles may not avail his heirs, as Charles died before the testator, yet the heirs of Pemberton Carlisle ought to recover the possession of this land before they can proceed under the intestate laws to obtain a division of it. Pemberton Carlisle did not die the owner of it, that is, he was not seised and possessed of it at the time of his death, and until the heirs obtain the possession by proceedings at law or otherwise this Court cannot undertake to make a division of it.

LEVIN GODWIN and KITTY, his Wife one of the Daughters of Lydia Kendrick, who was Wife of William Kendrick, and Daughter of John Robinson, v. JOHN ROBINSON, Administrator of John Robinson.

Orphans' Court. Sussex. July 22, 1819.

*Ridgely's Notebook II, 456.*